# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF THE SAMI II TRUST 2006-AR7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7; AND NATIONSTAR MORTGAGE, LLC,
Appellants,
vs.
CKVC INVESTMENTS, LLC; AND SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION,
Respondents.

No. 77495

FILED

JAN 1 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY___S.Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on November 27, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: ___Elizabeth A.B.___

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-01745

cc: Hon. Joanna Kishner, District Judge
Akerman LLP/Las Vegas
Alverson Taylor & Sanders
The Law Office of Mike Beede, PLLC
Eighth District Court Clerk